460 A.2d 852

Commonwealth v. Rompilla, Appellant.
Petition for Allowance of Appeal
Denied Sept. 20, 1983.

606

Before BECK, WATKINS and HOFFMAN, JJ.

Order affirmed.